# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANTHONY SCARSELLA, ET AL.,**

      **Plaintiffs,**

**-vs-**                                              **Case No. 6:04-cv-1388-Orl-18KRS**

**RAMS HAULING & DEVELOPMENT,
INC., ET AL.,**

      **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION FOR DEFAULT JUDGMENT (Doc. No. 35)**
>
> **FILED:**     October 17, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

> **MOTION:**   **MOTION FOR SANCTIONS (Doc. No. 35)**
>
> **FILED:**     October 17, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

| | |
|---|---|
| **MOTION:** | **MOTION TO COMPEL TESTIMONY (Doc. No. 35)** |
| **FILED:** | **October 17, 2005** |

**THEREON** it is **ORDERED** that the motion is **GRANTED in part**.

| | |
|---|---|
| **MOTION:** | **MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY (Doc. No. 35)** |
| **FILED:** | **October 17, 2005** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

| | |
|---|---|
| **MOTION:** | **MOTION FOR ATTORNEYS FEES AND COSTS (Doc. No. 35)** |
| **FILED:** | **October 17, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Defendant Herman J. Ramharrack is hereby **ORDERED** to attend and participate in a deposition to be noticed by the plaintiffs in accordance with Fed. R. Civ. P. 30(b). Herman Ramharrack may not refuse to answer questions at his deposition on the basis that he does not have counsel. If Herman Ramharrack fails to attend and/or participate in his deposition, the plaintiffs may renew their motion for sanctions.

If the plaintiffs wish to depose non-party Olga Ramharrack, they should follow the customary subpoena procedures provided for under the Fed. R. Civ. P. 45.

The discovery deadline in this case is extended to December 16, 2005 for the sole purpose of completing the depositions of Herman Ramharrack and Olga Ramharrack and filing motions related to these depositions.  No other deadlines in this case are extended by this Order, and the parties shall not rely on this extension as support for a motion to extend any other deadlines in this case.

The Clerk of Court is directed to mail a copy of this Order to Herman J. Ramharrack at the address listed on the docket sheet.  Counsel for the plaintiffs shall also cause of copy of this Order to be served on Herman J. Ramharrack.

**DONE** and **ORDERED** in Orlando, Florida on November 21, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties