**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANTHONY SCARSELLA, et al.,**

        **Plaintiffs,**

-vs-                                          **Case No. 6:04-cv-1388-Orl-18KRS**

**HERMAN J. RAMHARRACK, et al.,**

        **Defendants.**

## ORDER AND NOTICE OF HEARING

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' MOTION FOR STATUS CONFERENCE (Doc. No. 41)** |
| **FILED:** | **March 14, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

**TAKE NOTICE** that a Status Conference is scheduled for **THURSDAY**, **APRIL 6, 2006**, at **11:00 A.M.**, before the **Honorable Karla R. Spaulding**, United States Magistrate Judge, in **Courtroom #5**, Fifth Floor, George C. Young United States Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida. **Trial counsel and any unrepresented party must appear** *in person* **at the conference.**

It is **ORDERED** that counsel for the plaintiffs and Defendant Ramharrack shall meet and hold a conference in my courtroom on **THURSDAY**, **APRIL 6, 2006**, at **10:00 A.M.,** for the purpose of

complying with Middle District of Florida Local Rule 3.06(b) and the Case Management and Scheduling Order (doc. no. 25) that governs this case.  Each party shall bring to the conference the following: a statement of their case; their exhibit and witness lists; copies of their exhibits for review by the opposing party; page and line numbers of each deposition to be offered into evidence; proposed jury instructions; a proposed verdict form; and any other documents or information necessary to prepare a joint final pretrial statement.  The parties and counsel shall be prepared to present to the Court at the above-noticed status conference a draft of their joint final pretrial statement.

The Clerk is directed to mail a copy of this Order to Herman J. Ramharrack at the address listed on the docket sheet.  **Mr. Ramharrack is cautioned that failure to attend this conference or to participate as required in the meeting to prepare the final pretrial statement may result in imposition of sanctions against him, including a recommendation that the Court enter a default against him.**

**DONE** and **ORDERED** in Orlando, Florida on March 16, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

**PLEASE NOTE**:  **Photo I.D.** is required to enter the United States Courthouse.  Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.