# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**ANTHONY SCARSELLA,**
**DENNIS SIMPSON,**
**JASON MANTOVANI,**
**EDWIN R. ROSADO,**

**Plaintiffs,**

**-vs-**                                                    **Case No.  6:04-cv-1388-Orl-18KRS**

**RAMS HAULING & DEVELOPMENT,**
**INC.,**
**RAMS AUTO CENTER, INC.,**
**HERMAN J. RAMHARRACK,**

**Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

In an Amended Order and Notice of Hearing, I required counsel for the plaintiffs and

Defendant Herman J. Ramharrack, appearing *pro se*, to attend a hearing before me on April 10, 2006,

for the purpose of preparing and filing a Joint Final Pretrial Statement.  Doc. No. 45.  The Clerk of

Court mailed a copy of the Amended Order and Notice of Hearing to Ramharrack at his address of

record.  Ramharrack did not appear at the hearing.  Counsel for the plaintiffs, who did attend the

hearing, indicated that he had not been contacted by Ramharrack.

Counsel for the plaintiffs requests that the Court enter a default against Ramharrack for failure

to attend the hearing.  This is an appropriate sanction.  Federal Rule of Civil Procedure 16(f) provides

that "[i]f a party . . . fails to obey a . . . pretrial order, or if no appearance is made on behalf of a party

at a scheduling or pretrial conference, . . . the judge, upon motion or the judge's own initiative, may

make such orders with regard thereto as are just, and among other any of the orders provided in Rule 37(b)(2)(B), (C), (D)." Rule 37(b)(2)(C) specifically provides for entry of a judgment by default against the disobedient party.

Accordingly, I respectfully recommend that the Court direct the Clerk of Court to enter a default against Defendant Herman J. Ramharrack. After a default is entered, the plaintiffs will move for entry of a default judgment against all defendants.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 10, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy