**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANTHONY SCARSELLA,**
**DENNIS SIMPSON,**
**JASON MANTOVANI,**
**EDWIN R. ROSADO,**
      **Plaintiffs,**

-vs-                                    Case No. 6:04-cv-1388-Orl-18KRS

**RAMS HAULING & DEVELOPMENT, INC.,**
**RAMS AUTO CENTER, INC.,**
**HERMAN J. RAMHARRACK,**
      **Defendants.**

## ORDER

      The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation (Doc. 47) of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

      **ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED and SO ORDERED**. Accordingly, the Clerk of the Court is directed to enter a default against defendant Herman J. Ramharrack. After default is entered, plaintiffs will move for entry of default judgment against all defendants.

      It is **SO ORDERED** in Orlando, Florida, this 27th day of April, 2006.

                                                        G. KENDALL SHARP
                                                         SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
United States Magistrate Judge