UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY SCARSELLA,
DENNIS SIMPSON,
JASON MANTOVANI,
EDWIN R. ROSADO,
                Plaintiffs,

-vs-                                        Case No. 6:04-cv-1388-Orl-18KRS

RAMS HAULING & DEVELOPMENT, INC.,
RAMS AUTO CENTER, INC.,
HERMAN J. RAMHARRACK,
                Defendants.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Default Judgment (Doc. No. 51). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiffs shall file a renewed motion for default judgment within eleven days from the date of this order. In the absence of a timely filed renewed motion, the case will be dismissed for failure to prosecute.

It is **SO ORDERED** in Orlando, Florida, this _24_ day of October, 2006.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record